IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AHMAAD WHITE,

    Plaintiff,

v.                                    No. 2:23-cv-1081 GJF/KRS

BOARD OF COUNTY COMMISSIONERS
OF LEA COUNTY, et al.,

    Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on February 21, 2024. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty-five (25) interrogatories by Plaintiff to all Defendants and by all Defendants to Plaintiff, with responses due thirty (30) days after service.

(b) Maximum of twenty-five (25) requests for admission by Plaintiff to all Defendants and by all Defendants to Plaintiff, with responses due thirty (30) days after service.

(c) Maximum of thirty (30) requests for production by Plaintiff to all Defendants and by all Defendants to Plaintiff, with responses due thirty (30) days after service

(d) Maximum of twenty (20) depositions by Plaintiff, and twenty (20) depositions by Defendants. Each deposition will not exceed the number of hours as prescribed in the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15:  **July 12, 2024**;

(b) Deadline for Defendant to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15: **August 16, 2024**;

(c) Deadline for Plaintiff's expert reports: **August 5, 2024**;

(d) Deadline for Defendant's expert reports:  **September 2, 2024**;

(e) Termination of discovery:  **January 31, 2025**;

(f) Deadline for supplementing discovery/disclosures: Due a reasonable time after information or documents are discovered, but no later than thirty (30) days before trial;

(g) Motions relating to discovery:  **February 20, 2025**;

(h) All other motions:[1]  **March 3, 2025**;

(i) Pretrial order:  To be set by the presiding judge.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question.  Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline.  Discovery must be completed on or before the termination of the discovery deadline.  A written discovery request must be propounded by a date which ensures that the

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE