**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

AHMAAD WHITE,

      Plaintiff,

v.                                                                 No. 2:23-cv-1081 GJF/KRS

BOARD OF COUNTY COMMISSIONERS
OF LEA COUNTY, et al.,

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

At the Rule 16 scheduling conference held on October 1, 2025, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED this 1st day of October, 2025.**

 

 

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE