IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AHMAAD WHITE,

      Plaintiff,

v.                                                    No. 2:23-cv-1081 GJF/KRS

BOARD OF COUNTY COMMISSIONERS
OF LEA COUNTY, et al.,

      Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on October 1, 2025. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

    (a)    Maximum of **twenty-five (25)** interrogatories by Plaintiff to all Defendants and by all Defendants to Plaintiff, with responses due **thirty (30)** days after service.

    (b)    Maximum of **twenty-five (25)** requests for admission by Plaintiff to all Defendants and by all Defendants to Plaintiff, with responses due **thirty (30)** days after service.

    (c)    Maximum of **twenty-five (25)** requests for production by Plaintiff to all Defendants and by all Defendants to Plaintiff, with responses due **thirty (30)** days after service

    (d)    Maximum of **twenty (20)** depositions by Plaintiff, and **twenty (20)** depositions by Defendants. Each deposition will not exceed the number of hours as prescribed in the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to move to amend pleadings or join additional parties: **January 5, 2026**;

(b) Deadline for Defendants to move to amend pleadings or join additional parties: **January 9, 2026**;

(c) Deadline for Plaintiff's expert reports: **June 19, 2026**;[1]

(d) Deadline for Defendants' expert reports: **July 24, 2026**;

(e) Termination of discovery: **September 11, 2026**;

(f) Deadline for supplementing discovery/disclosures: **Due within thirty (30) days of receipt of information giving rise to the need for supplementation.**

(g) Motions relating to discovery: **October 1, 2026**;

(h) All other motions:[2] **October 13, 2026**;

(i) Pretrial order: **To be set by the presiding judge.**

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question. Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline.

---

[1] The parties must have their experts ready to be deposed at the time they identify them and produce their reports.

[2] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

**IT IS SO ORDERED** this 1st day of October, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE